THE HONORABLE STANLEY A. BASTIAN

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDEY THOMPSON,<br><br>                Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY SCHOOL DISTRICT NO. 365; BEN SMALL INDIVIDUALLY AS SUPERINTENDENT OF THE CENTRAL VALLEY SCHOOL DISTRICT, CENTRAL VALLEY SCHOOL DISTRICT NO. 365 BOARD OF EDUCATION AND IN THEIR INDIVIDUAL CAPACITY BOARD OF EDUCATION MEMBERS AND DIRECTORS DEBRA LONG, MYSTI RENEAU, KEITH CLARK, TOM DINGUS, AND CYNTHIA MCMULLEN,<br><br>                Defendants. | Cause No. 2:21-cv-00252-SAB<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR (1) FIRST AMENDMENT RETAILIATION CLAIMS UNDER FIRST AMENDMENT OF THE UNTIED STATED CONSTITUTION; (2) 42 U.S.C. § 1983 CLAIMS; (3) INJUNCTION; AND (4) PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |

COME NOW Defendants CENTRAL VALLEY SCHOOL DISTRICT NO. 365 ("CVSD"), BEN SMALL, DEBRA LONG, MYSTI RENEAU, KEITH

DEFENDANTS' ANSWER
TO COMPLAINT - page 1

CLARK, TOM DINGUS, and CYNTHIA MCMULLEN, by and through their attorneys of record of the law firm Evans, Craven & Lackie, P.S., and enter this Answer to Plaintiff's Complaint as follows:

## COMPLAINT

Plaintiff's Complaint contains an introduction consisting of a case citation and a section entitled "Complaint." These introductory statements do not contain factual assertions to which responses are deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability that may be contained therein.

## JURISDICTION AND VENUE

1. Admit.

2. Admit.

## PARTIES

3. Admit.

4. Admit.

5. Admit.

6. Defendants admit the first sentence of Paragraph No. 6 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no

DEFENDANTS' ANSWER
TO COMPLAINT - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

7. Defendants admit the first sentence of Paragraph No. 7 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

8. Defendants admit the first sentence of Paragraph No. 8 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

9. Defendants admit the first sentence of Paragraph No. 9 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

10. Defendants admit the first sentence of Paragraph No. 10 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

11. Defendants admit the first sentence of Paragraph No. 11 of Plaintiff's Complaint. The second sentence is a legal conclusion to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Defendants admit that on or about August 17, 2020, Plaintiff made a post on his Facebook account. Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 16 of Plaintiff's Complaint and therefore deny the same.

17. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 17 of Plaintiff's Complaint and therefore deny the same.

18. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 18 of Plaintiff's Complaint and therefore deny the same.

19. Deny.

20. Deny.

21. Admit.

22. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 22 of Plaintiff's Complaint and therefore deny the same.

23. Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 24 of Plaintiff's Complaint and therefore deny the same.

24. Admit.

25. Deny.

26. Defendants admit that after Defendant Ben Small received the post, Plaintiff was placed on administrative leave. Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 26 of Plaintiff's Complaint and therefore deny the same.

27. Defendants admit that at the outset of the investigation Defendant School District refused to identify who reported a concern about the statement. However, the pleadings now include the names of those who submitted

DEFENDANTS' ANSWER
TO COMPLAINT - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

concerns about the Facebook post. Defendants deny the remaining allegations contained in Paragraph No. 27 of Plaintiff's Complaint.

28. Admit.

29. Deny.

30. Admit.

31. Defendants admit that Defendant School District and Defendant Ben Small prohibited Plaintiff from having any contact or speaking with any administrators, employees, parents or students of the district. Defendants are without sufficient information to admit or deny the remaining allegations contained in Paragraph No. 31 of Plaintiff's Complaint and therefore deny the same.

32. Defendants admit that Plaintiff was advised by Defendant Ben Small by an email copy of a letter that he was being transferred from his Assistant Principal position to a teaching position on May 17, 2021. Defendants deny all remaining allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Admit.

34. Defendants admit that Plaintiff met with the individual Defendants and Board Members/Directors of Defendant School District on June 14, 2021

in an online executive session during a regularly scheduled school board meeting. Defendants deny the remaining allegations contained in Paragraph No. 34 of Plaintiff's Complaint.

35. Defendants admit that the Defendant Board of Education and the individual Defendants and members/directors affirmed and effectively upheld the decision of Defendant, Ben Small, to transfer Plaintiff from an assistant principal to a to a subordinate certificated position on June 16, 2021, by memorializing a letter to Plaintiff of their decision. Defendants deny the remaining allegations contained in Paragraph No. 35 of Plaintiff's Complaint.

36. Deny.

**COUNT ONE FIRST AMENDMENT RETAILIATION AND VIOLATION OF MR. THOMPSON'S FIRST AMENDMENT CONSTITUTIONAL RIGHTS – 42 U.S.C. § 1983**

37. No response to Paragraph No. 37 of Plaintiff's Complaint is deemed necessary, as it does not set forth facts or allegations that can be admitted or denied. To the extent that a response is deemed necessary, Defendants deny all allegations of liability.

DEFENDANTS' ANSWER
TO COMPLAINT - page 7

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

38. Paragraph No. 38 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

39. Paragraph No. 39 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

40. Paragraph No. 40 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

41. Paragraph No. 41 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

42. Paragraph No. 42 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

43. Paragraph No. 43 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

44. Deny.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

45. Deny.

46. Deny.

47. Defendants admit that Defendant School District's Board had authority to set policy for Defendant, School District. The remaining allegations contained in Paragraph 47 of Plaintiff's Complaint consists of legal conclusions to which no response is deemed necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability.

48. Deny.

49. Deny.

## COUNT TWO – INJUNCTIVE RELIEF

50. No response to Paragraph No. 50 of Plaintiff's Complaint is deemed necessary, as it does not set forth facts or allegations that can be admitted or denied. To the extent that a response is necessary, Defendants deny all allegations of liability.

51. Deny.

52. Deny.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any relief in this matter. Defendants further deny any and all allegations of liability, as well as the existence, nature and extent of Plaintiff's claimed injuries and damages.

To the extent any allegation contained in Plaintiff's Complaint was not specifically admitted above, or lack of knowledge is claimed, it is denied.

## JURY DEMAND

In accordance with F.R.C.P. 38 and pursuant to the Seventh Amendment, Defendants hereby demand this matter appear before a jury.

## AFFIRMATIVE DEFENSES

Defendants CVSD, Ben Small, Debra Long, Mysti Reneau, Keith Clark, Tom Dingus and Cynthia McMullen hereby assert the following affirmative defenses:

1. Plaintiff has failed to state a claim against Defendants.

2. Plaintiff's transfer of an administrative official to a subordinate certificated position was affected in proper accordance with RCW § 28A.405.230.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

3. Plaintiff's claims are barred in whole or part by reason of his failure to mitigate his alleged damages and/or the doctrine of after-acquired evidence.

4. Defendants' actions or conduct, in their individual and/or official capacity, were reasonable at all times relevant hereto and were undertaken in good faith, and without any requisite culpable intent of committing a violation of any of Plaintiff's clearly established constitutional rights. The individually-named defendants are therefore entitled to qualified immunity.

5. Plaintiff's own actions and conduct preclude his recovery.

6. Defendants' conduct throughout the investigation of Plaintiff was reasonable, and had no motive based on Plaintiff's political preferences.

7. The action Plaintiff challenges was based on reasonable factors other than posting a political message.

8. Defendants reserve the right to amend their Answer to include additional affirmative defenses and/or counterclaims that may more fully develop and/or any counterclaim to third party action that may be appropriate.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants respectfully request that the Court dismiss Plaintiff's Complaint with prejudice

DEFENDANTS' ANSWER
TO COMPLAINT - page 11

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

and award these answering Defendants their costs and attorneys' fees incurred in defending against these claims.

DATED this 30th day of September, 2021.

EVANS, CRAVEN & LACKIE, P.S.

By: _____*s/ Michael E. McFarland, Jr.*_____
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants

DEFENDANTS' ANSWER
TO COMPLAINT - page 12

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Michael B. Love
Michael Love Law, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA  99201
Email:        mike@michaellovelaw.com

Robert F. Greer
Feltman Ewing, PS
421 W. Riverside Ave., Suite 1600
Spokane, WAm99201
Email:        robg@feltmanewing.com

   s/    Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com