UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDEY THOMPSON,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>CENTRAL VALLEY SCHOOL DISTRICT NO. 365,<br><br><br>　　　　　　Defendant. | Case No.　　2:21-CV-252-SAB<br><br>CIVIL MINUTES<br><br>DATE:　　OCTOBER 29, 2021<br><br>LOCATION:　SPOKANE, WA<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER HEARING** |

| | | |
|---|---|---|
| | **Chief Judge Stanley A. Bastian** | |
| Michelle Fox<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Allison Anderson<br>**Court Reporter** |
| Michael Love<br>Robert Greer<br><br>**Plaintiff's Counsel** | | Michael McFarland<br>Rachel Platin<br><br>**Defendant's Counsel** |

　**[ X ]  Open Court**　　　　　**[   ]  Chambers**　　　　　**[   ]  Telecon/Video**

Motion for Temporary Restraining Order, ECF No. 7

R. Greer presents argument on the Motion.
　　Court questions counsel.
　　R. Greer responds and continues argument.
　　Court questions counsel.
　　R. Greer continues argument.  It is a Constitutional issue.
　　Court addresses counsel.
　　R. Greer responds.

M. McFarland presents argument against the Motion.
　　Court addresses counsel.
　　M. McFarland responds and continues argument.

# [X]  ORDER FORTHCOMING

| **CONVENED:**  9:00 A.M. | **ADJOURNED:**  10:13 A.M. | **TIME:**  1 HR. 13 MIN. | **CALENDARED**  [ X ] |
|---|---|---|---|

*Thompson  –vs-  Central Valley School Dist.*  October 29, 2021
2:21-CV-252-SAB  Page 2
Motion for TRO Hearing

R. Greer rebuttal argument.
    Court questions counsel.
    R. Greer responds and continues argument.
    Court addresses counsel.
    R. Greer continues argument.
    Court addresses counsel.
    R. Greer continues argument.
    Court addresses counsel.
    R. Greer continues argument.

Court has read all the briefing and listened to all the argument.  Court summarizes argument.  Court finds a TRO is not appropriate.   The case can proceed after discovery has been concluded.  The TRO and Preliminary Injunction is not appropriate.  The Motion is Denied.